IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HILCORP SAN JUAN, L.P.,

 Plaintiff,

v.              No. 1:24-cv-00067-SMD-LF

PETRO MEX, LLC; RICHARDSON
PRODUCTION COMPANY; AND
RICHARDSON OPERATING COMPANY,

 Defendants.

---

RICHARDSON OPERATING COMPANY AND
RICHARDSON PRODUCTION COMPANY,

 Cross-Claimants,

v.

PETRO MEX, LLC,

 Cross-Defendant.

**ORDER DENYING MOTION TO DEFENDANTS' MOTION TO COMPEL**

THIS MATTER is before the Court on defendants Richardson Operating Company's and

Richardson Production Company's (collectively "Richardson Defendants") Motion to Compel

(Doc. 73).  In their motion, Richardson request that the Court enter an order (1) compelling

Defendant Petro Mex, LLC ("Petro Mex") to fully and completely respond to their First Set of

Written Discovery; and (2) awarding reasonable expenses, including attorneys' fees, incurred in

bringing the motion.  Doc. 73 at 1.  Having reviewed the motion and relevant law, the Court

DENIES the motion as moot.

Richardson Defendants served their First Set of Written Discovery on Petro Mex on

November 19, 2025.  Doc. 70 at 1.  To date, Petro Mex has not responded to this request for

written discovery.  However, at the time the motion was filed, Petro Mex had not been

represented by counsel.  *See* Doc. 57; *see also* D.N.M.LR-Civ. 83.7 (providing that a business entity "must be represented by an attorney authorized to practice before this Court").  New counsel appeared for Petro Mex on January 29, 2026.  *See* Doc. 74.  On February 13, 2026, the Richardson Defendants filed an unopposed motion requesting that the Court extend the deadline for Petro Mex to respond to their First Set of Written Discovery.  *See* Doc. 75.  The Court granted the motion on February 20, 2026, and the deadline for Petro Mex to respond to Richardson Defendants' First Set of Written Discovery is now March 6, 2026.  Doc. 75 at 2.

Because Petro Mex's deadline to respond was extended, the Court finds that Richardson Defendants' motion to compel is moot.  Richardson Defendants may refile the motion should Petro Mex fail to respond by the new deadline.

IT IS SO ORDERED.

Laura Fashing
United States Magistrate Judge

2